# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

JOSEPH BART GOFF,                    )
                                     )
    Plaintiff,               )
                                     )
v.                                   )    Case No. CV614-083
                                     )
CAROLYN W. COLVIN,                   )
*Acting Commissioner of Social*       )
*Security,*                           )
                                     )
    Defendant.               )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the

Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12th_ day of January, 2016.

_____

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA